**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

GREGORY LEE McCALL                                                                           PETITIONER
REG #15064-045

2:11CV00173 JMM/HDY

T.C. OUTLAW                                                                                          RESPONDENT
Warden, FCI–Forrest City

**ORDER**

Petitioner has failed to pay the filing fee or to file a Court approved application for leave to proceed *in forma pauperis*.

IT IS THEREFORE ORDERED THAT Petitioner must submit either the $5.00 statutory filing fee, or a properly completed *in forma pauperis* application, no later than thirty (30) days after the entry date of this order.  Petitioner's failure to comply with this order will result in a dismissal of this action without prejudice.[1]

The Clerk is hereby directed to immediately forward to Petitioner an *in forma pauperis* application.

IT IS SO ORDERED this   27    day of September, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] The petitioner is hereby notified of his responsibility to comply with the Local Rules of the Court, including Rule 5.5(c)(2), which states:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case and to prosecute or defend the action diligently.  A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number.  If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice.  Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.